# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| | ) | |
| **SCOTT LOREN LEVENTHAL,** | ) | **Case No. 21-55036** |
| | ) | |
| **Debtor.** | ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for S. Gregory Hays, not individually, but as Receiver ("**Receiver**") for Scott L. Leventhal, Debtor herein, appointed prior to the Petition Date herein pursuant to the Order Appointing Receiver dated May 26, 2021 ("**Receiver Order**") that was entered by the Superior Court of Cobb County Georgia (the "**Superior Court**"), a true and correct copy of which is attached as Exhibit "A", and under, inter alia, pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 1109(b), requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Henry F. Sewell, Jr., Esq.
>Law Offices of Henry F. Sewell, Jr., LLC
>2964 Peachtree Road, Suite 555
>Atlanta, GA 30305
>Telephone: (404) 926-0053
>Email: hsewell@sewellfirm.com

Dated this 12th day of July, 2021.

>Respectfully submitted,
>
>/s/ *Henry F. Sewell, Jr.*
>Henry F. Sewell, Jr.
>Georgia Bar No. 636265
>*Counsel for S. Gregory Hays, not individually, but as*
>*Receiver for the estate of Scott L. Leventhal*

Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0053
Email: hsewell@sewellfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2021, the foregoing *Notice of Appearance* was electronically filed using the Court's CM/ECF system, which sends a notice of this document and an accompanying link to this document to all counsel of record registered in this case through CM/ECF.

/s/ *Henry F. Sewell*
Henry F. Sewell, Jr.
Georgia Bar No. 636265