ORIGINAL

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 (Subchapter V) |
| | ) | |
| SCOTT LOREN LEVENTHAL, | ) | CASE NUMBER: 21-55036-pwb |
| | ) | JUDGE: PAUL W. BONAPFEL |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO: SCOTT LOREN LEVENTHAL, HIS ATTORNEYS OF RECORD, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Bankr. P. 2002, and 9007, and Bankr. Code §§ 102(1) and 342, Ronald S. Leventhal ("R. Leventhal"), Proceeding Pro Se, requests that all notices given or required to be given in the above-Captioned case (including, without limitation, all papers filed and served, and all ancillary, including adversarial, proceedings, in this case, and all notices mailed only to the statutory committees or their authorized agents, and to creditors who file with the Court their request that all notices be mailed to them) be given to and served upon R. Leventhal at the following address:

TRI-400602.7

~ 1 ~

Ronald S. Leventhal, Pro Se
One Midtown Plaza, Suite 750
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone (404) 815-6700
Facsimile  (404) 815-2020
rsl@tivoli-properties.com

**Notice is further given** that the foregoing request includes not only notices and papers referred to in Bankr. R 2002, but also includes, without limitation, Orders, and notices of any application, motion, petition, pleading, request, complaints or demands whether formal or informal, whether written or oral, and noted for the record, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, telex or otherwise that affect the above-captioned Scott Loren Leventhal, or the property of Scott Loren Leventhal or his estate.

**Please take further notice** that this request for notices shall not be deemed or construed to be a waiver of any substantive or procedural right of R. Leventhal, including without limitation, the right to: (a) require that when any adversary proceeding is to be initiated against him in this or any related case or when any proceeding is to be initiated by complaint against R. Leventhal under applicable non-bankruptcy law, service shall be made on R. Leventhal in accordance with applicable Fed. Bankr. Rules, and Fed. R. Civ. P, Rule 4, and any additional applicable non-bankruptcy law, (b) have final orders in non-core matters entered only after de novo

review by the United States District Court; (c) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) any other rights, claims, actions defenses, setoffs or recoupments, and any other rights at law and in equity, to which R. Leventhal is or may be entitled at law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments, R. Leventhal expressly hereby reserves.

This 16th day of July 2021.

RESPECTFULLY SUBMITTED,

/s/ Ronald S. Leventhal
Ronald S. Leventhal
Proceeding Pro Se
One Midtown Plaza, Suite 750
1360 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone (404) 815-6700
Facsimile  (404) 815-2020
rsl@tivoli-properties.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 (Subchapter V) |
| | ) | |
| SCOTT LOREN LEVENTHAL, | ) | CASE NUMBER. 21-55036-pwb |
| | ) | JUDGE: PAUL W. BONAPFEL |
| Debtor. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have filed by courier the original of the foregoing *Notice of Appearance and Request for Notices* of Ronald S. Leventhal, with the Clerk of Court, and served the below parties by enclosing a true and correct copy of same in an envelope, depositing same in the U.S. Mail, with adequate first class postage affixed thereon, as follows:

Mr. Robert Williams
Mr. Hayden Kepner
SCROGGINS & WILLIAMSON, P.C.
Attorneys at Law
4401 Northside Parkway, Suite 450
Atlanta, GA 30327

Ms. Vanessa A. Leo
Attorney at Law
OFFICE OF THE U.S. TRUSTEE
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Mr. Todd Eugene Hennings
Chapter 11 Subchapter V Trustee
MACEY, WILENSKY & HENNINGS, LLP
Attorneys at Law
5500 Interstate North Parkway, Suite 435
Sandy Springs, GA 30328

Mr. Louis G. McBryan
Attorneys at Law
McBRYAN, LLC
Building B-3, Suite 100
6849 Peachtree Dunwoody Road
Atlanta, GA 30328

This 16th day of July 2021.

Respectfully submitted,

_____
Ronald S. Leventhal

TRI-400602.7

~ 4 ~