

**IT IS ORDERED as set forth below:**

Date: July 26, 2021

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SCOTT LOREN LEVENTHAL, | ) | CASE NO. 21-55036-pwb |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING DEBTOR'S SECOND MOTION FOR ADDITIONAL TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

THIS MATTER came before the Court on the motion of Scott Loren Leventhal, (the "**Debtor**") debtor in the above-styled Chapter 11 case (the "**Case**"), for an extension of time to file the schedules and statement of financial affairs required by 11 U.S.C. § 521(a) and FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 (the "**Motion**").

It appearing that the Court has jurisdiction over this proceeding; this is a core proceeding; notice of the Motion has been given to the Office of the United States Trustee and Chapter 11 Subchapter V Trustee; no further notice is necessary; the relief sought in the Motion is in the best interests of the Debtor, his estate, and his creditors; and good and sufficient cause exists for such relief,

It is hereby ORDERED as follows:

1. The Motion is GRANTED.

2. The time within which the Debtor is required to file schedules and statement of financial affairs is hereby extended through and including July 28, 2021.

3. The entry of this Order is without prejudice to the right of the Debtor to seek a further extension of time to file its schedules and statement of financial affairs for good cause shown.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**[END OF ORDER]**

Prepared and presented by:

SCROGGINS & WILLIAMSON, P.C.


/s/ J. Hayden Kepner, Jr.
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
4401 Northside Parkway
Suite 450
Atlanta, GA 30327
T:  (404) 893-3880
F:  (404) 893-3886
E:  rwilliamson@swlawfirm.com
     hkepner@swlawfirm.com
*Counsel for the Debtor*

## Distribution List

J. Hayden Kepner, Jr.
Scroggins & Williamson, P.C.
4401 Northside Parkway
Suite 450
Atlanta, Georgia 30327

Vanessa A. Leo
Office of the United States Trustee
362 Richard Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Todd Eugene Hennings
Chapter 11 Subchapter V Trustee
Macey, Wilensky & Hennings, LLP
5500 Interstate North Parkway
Suite 435
Sandy Springs, GA  30328