**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **21-55036** |
| (if known) | |

☐ Check if this is an
amended filing

# Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

☐ Married
■ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $81,666.66 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Loren Leventhal**                                                        Case number (*if known*)    **21-55036**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $220,416.54 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $207,499.88 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2020 )** | **Economic Impact Payment** | $1,200.00 | | |
| | **Loan Repayment** | $2,000.00 | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2019 )** | **Dividends** | $19.20 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

| Debtor 1 | Scott Loren Leventhal | Case number *(if known)* | 21-55036 |
|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

- ☒ No
- ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☒ No
- ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Scott L. Leventhal v. Joseph Kavana** 21-60349-CIV | **Declaratory Judgment Action** | **USDC, Southern District of Florida** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Choate Construction Company v. Interfinancial Midtown, Inc., et al.** 05-1-6700 | | **Superior Court of Cobb County, Georgia** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Choate Construction Company v. Interfinancial Midtown, Inc., et al.** 18-1-5244 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **First Chatham Bank v. Liberty Capital, LLC, et al.** SUV2019000160 | | **Superior Court, Liberty County, Georgia** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| **KGH International Development, LLC v. Scott L. Leventhal, et al.** 2021-011007-CA-01 (43) | | **Circuit Court for 11th Judicial Circuit Miami-Dade County, FL** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Joseph Kavana v. Scott Leventhal** 21-cv-20612-CMA | | **USDC, Southern District of Florida** | ☐ Pending<br>☐ On appeal<br>☒ Concluded<br><br>**Dismissed** |

| Debtor 1 | Scott Loren Leventhal | Case number *(if known)* | 21-55036 |

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Taylor English Duma LLP v. Scott L. Leventhal, 13th Street Holdings, LLC and Tivoli Properties, LLC** | | **Bay Mediation and Arbitration Services** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
■ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Jennie Foster** | **Christmas Gift** | **December 2019** | **$1,032.37** |

Person's relationship to you: **Girlfriend**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | Scott Loren Leventhal | | Case number *(if known)* | **21-55036** |

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ■ No
    □ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    □ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Scroggins & Williamson, P.C.**<br>**4401 Northside Parkway**<br>**Suite 450**<br>**Atlanta, GA 30327**<br>www.swlawfirm.com<br>**Ronald Leventhal, Dorothy Leventhal** | **$11,588.50 payment for pre-petition services and expenses**<br><br>**$48,411.50 Chapter 11 retainer** | 6/25/21:<br>$10,000.00<br>from Ronald Leventhal<br><br>7/2/21:<br>$50,000.00<br>from Dorothy Leventhal | $60,000.00 |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    □ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    □ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

    ■ No
    □ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Loren Leventhal**

Case number *(if known)*    **21-55036**

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
     Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

     ■ No
     ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21.  **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

     ☐ No
     ■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Bank of America<br>4851 Lower Roswell Road<br>Marietta, GA 30068 | | Insurance Policies and Other Papers with No Monetary Value | ☐ No<br>■ Yes |

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

     ■ No
     ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

     ■ No
     ☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Scott Loren Leventhal**                                      Case number *(if known)*    **21-55036**

---

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|
    | | | | |

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
    |---|---|---|---|
    | | | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

    | Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
    |---|---|---|---|
    | | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

    | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|
    | **Trillist Companies, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | **Real Estate Investment, Development and Management Firm**<br><br>**HLB Gross Collins** | EIN:    **46-5708344**<br><br>From-To    **06/01/2014 - 07/20/2021** |
    | **Blue Horseshoe Investments, LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | **Investment Company** | EIN:<br><br>From-To    **10/31/2011 - 7/20/2021** |
    | **13th Street Holdings, LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | **Real Estate Investment** | EIN:<br><br>From-To    **XXXXXX - 7/20/21** |

---

| Debtor 1 | **Scott Loren Leventhal** | Case number *(if known)* | **21-55036** |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Tivoli Properties, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Interfinancial Properties, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Interfinancial Midtown, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **JJC Holdings, LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Tivoli Realty Services, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Fulcrum Manager, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Cumberland Creek Properties, Inc.**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Trillist Management LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Trillist Realty Advisors LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Trillist Development LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **BHI 1138 Peachtree LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Scott Loren Leventhal**                                      Case number *(if known)*    **21-55036**

| Business Name Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **SLL Aqua LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **Del Sol Development Company**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **SLL 1138 LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **SLL 2171 Peachtree LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **SLL 643 LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |
| **SLL Summit LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | | EIN:<br><br>From-To |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
■ Yes. Fill in the details below.

| Name Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **The Northern Trust Company**<br>**3282 Northside Parkway**<br>**Suite 100**<br>**Atlanta, GA 30327** | |
| **CIM Group**<br>**17950 Preston Road**<br>**Suite 660**<br>**Dallas, TX 75252** | |
| **Ardent Financial**<br>**3565 Piedmont Road, NE**<br>**Building One, Suite 200**<br>**Atlanta, GA 30305** | |
| **Hays Financial Consulting LLC**<br>**2964 Peachtree Road NW**<br>**Suite 555**<br>**Atlanta, GA 30305** | |

Debtor 1    __Scott Loren Leventhal__                                    Case number *(if known)*    __21-55036__

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Scott Loren Leventhal__                                    _____
**Scott Loren Leventhal**                                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    __July 28, 2021__                                        Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **21-55036** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**5887 Riverstone Circle**

Street address, if available, or other description

**Atlanta**      **GA**      **30339-0000**

City        State        ZIP Code

**Cobb**

County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☑ Other    **Townhome**

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$452,000.00** | **$452,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| |
|---|
| **$452,000.00** |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Debtor 1    **Scott Loren Leventhal** | Case number *(if known)*    **21-55036** |
|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make:    **Mercedes** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

3.1  Make: **Mercedes**
     Model: **560**
     Year: **2018**
     Approximate mileage:
     Other information:
     **Lease**

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$0.00** | **$0.00** |

3.2  Make: **Cadillac**
     Model: **Escalade**
     Year: **2007**
     Approximate mileage:
     Other information:

**Who has an interest in the property?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$10,000.00** | **$10,000.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................=>

**$10,000.00**

**Part 3:    Describe Your Personal and  Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.  Describe.....

| Kitchen Appliances, Furnishings and Other Personal Property | $5,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.  Describe.....

| TVs, Cell Phone, Laptop Computer | $1,500.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☐ Yes.  Describe.....

| Debtor 1 | **Scott Loren Leventhal** | Case number *(if known)*  **21-55036** |
|---|---|---|

| Various Paintings | $2,500.00 |
|---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| Old Snow Ski Equipment | $500.00 |
|---|---|

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

| Various Firearms | $20,000.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| Clothing | $2,000.00 |
|---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Rolex Watch | $10,000.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................

| $41,500.00 |
|---|

---

**Part 4:**  **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..................................................................................................................

| Cash | $1,500.00 |
|---|---|

| Debtor 1 | **Scott Loren Leventhal** | | Case number *(if known)* | **21-55036** |
|---|---|---|---|---|

**17. Deposits of money**

    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
        institutions. If you have multiple accounts with the same institution, list each.

    ☐ No

    ■ Yes.......................                   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | **Renasant Bank** | **$9,633.00** |
| 17.2. | **Savings** | **Renasant Bank** | **$1,400.00** |
| 17.3. | **Other financial account** | **Robinhood** | **$950.00** |
| 17.4. | **Other financial account** | **ETrade** | **$933.00** |

**18. Bonds, mutual funds, or publicly traded stocks**

    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☐ No

    ■ Yes.................                Institution or issuer name:

| | |
|---|---|
| **The Coca-Cola Company** | **$456.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and
joint venture**

    ☐ No

    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **The Trillist Companies, Inc.** | **50** | % | Unknown |
| **Blue Horseshoe Investments LLC** | **50** | % | Unknown |
| **JJC Holdings LLC** | **100** | % | Unknown |
| **Tivoli Properties, Inc.** | **100 Shares** | % | Unknown |
| **Interfinancial Properties, Inc.** | **500 Shares** | % | Unknown |
| **Interfinancial Midtown, Inc.** | **150,500 Shares** | % | Unknown |
| **13th Street Holdings, LLC** | **30** | % | Unknown |
| **Tivoli Realty Services, Inc.** | **100 Shares** | % | Unknown |
| **Fulcrum Manager, Inc.** | **100 Shares** | % | Unknown |
| **Cumberland Creek Properties, Inc.** | **50 Shares** | % | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                       Best Case Bankruptcy

| Debtor 1    **Scott Loren Leventhal** | Case number *(if known)*    21-55036 |
| --- | --- |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ■ No
   ☐ Yes. List each account separately.
      Type of account:            Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................            Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............            Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............            Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......
                                                                                                _____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | Scott Loren Leventhal | | Case number *(if known)* | 21-55036 |

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | **Northwestern Mutual** | **Scott Loren Leventhal** | **$67,826.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ■ Yes.  Describe each claim.........

| Potential Claims Against Various Third Parties | Unknown |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................................**

| $82,698.00 |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

**54. Add the dollar value of all of your entries from Part 7. Write that number here  ...................................**

| $0.00 |

Debtor 1  **Scott Loren Leventhal**                                                              Case number *(if known)*  **21-55036**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ................................................................................... | | **$452,000.00**

56.  **Part 2: Total vehicles, line 5** | $10,000.00 |

57.  **Part 3: Total personal and household items, line 15** | $41,500.00 |

58.  **Part 4: Total financial assets, line 36** | $82,698.00 |

59.  **Part 5: Total business-related property, line 45** | $0.00 |

60.  **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |

61.  **Part 7: Total other property not listed, line 54**        + | $0.00 |

62.  **Total personal property.** Add lines 56 through 61... | $134,198.00 | Copy personal property total | **$134,198.00**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$586,198.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 21-55036 |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                              4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2007 Cadillac Escalade**<br>Line from *Schedule A/B*: **3.2** | $10,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(3) |
| **Household Goods, Including Furnishings and Clothing**<br>Line from *Schedule A/B*: | $0.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(4) |
| **Jewelry**<br>Line from *Schedule A/B*: | $0.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(5) |
| **Rolex**<br>Line from *Schedule A/B*: | $0.00 | ■ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(6) |
| **Residence: 5887 Riverstone Circle, Atlanta, GA 30339**<br>Line from *Schedule A/B*: | $0.00 | ■ $21,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | O.C.G.A. § 44-13-100(a)(1) |

| Debtor 1 | **Scott Loren Leventhal** | | Case number (if known) | **21-55036** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Cash Value of Northwestern Mutual Life Insurance Policy**<br>Line from *Schedule A/B*: | $67,826.00 | ■      $2,000.00 <br> ☐  100% of fair market value, up to any applicable statutory limit | **O.C.G.A. § 44-13-100(a)(9)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

  ■ No

  ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 21-55036 |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion**<br>If any |
| **2.1** **Choate Construction Company** | Describe the property that secures the claim: | | $2,282,070.70 | $452,000.00 | $1,830,070.70 |
| Creditor's Name | **5887 Riverstone Circle Atlanta, GA 30339  Cobb County** | | | | |
| **8200 Roberts Drive #600 Atlanta, GA 30350** | As of the date you file, the claim is: Check all that apply. | | | | |
| Number, Street, City, State & Zip Code | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | | |
| ☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | ☐ An agreement you made (such as mortgage or secured car loan) | | | | |
| | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | | |
| ☐ **Check if this claim relates to a community debt** | ☑ Judgment lien from a lawsuit | | | | |
| | ☐ Other (including a right to offset) _____ | | | | |
| Date debt was incurred _____ | Last 4 digits of account number _____ | | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1    **Scott Loren Leventhal**

First Name    Middle Name    Last Name

Case number (if known)    **21-55036**

| 2.2 | **Cobb County Tax Commissioner** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

| **Secured by Residence** |
|---|

| $3,926.36 | $0.00 | $3,926.36 |
|---|---|---|

**Post Office Box 100127
Marietta, GA 30061-7027**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
■ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Dorothy A Leventhal** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

| **5887 Riverstone Circle Atlanta, GA 30339 Cobb County** |
|---|

| $475,653.45 | $452,000.00 | $23,654.45 |
|---|---|---|

**353 Woodlawn Drive
Marietta, GA 30067**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.4 | **Northwestern Mutual** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

| **Loan Secured by Cash Value in Life Insurance Policies** |
|---|

| $72,298.01 | $0.00 | $72,298.01 |
|---|---|---|

**PO Box 3009
Milwaukee, WI
53201-3009**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    | $2,833,948.52 |

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor 1    **Scott Loren Leventhal**

First Name _____ Middle Name _____ Last Name _____

Case number (if known)    **21-55036**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:

| $2,833,948.52 |

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name        Middle Name                Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name                Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **21-55036** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in
Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the
left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your
name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed,
identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as
possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of
Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **Georgia Department of Labor** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **148 Andrew Young Int'l Blvd.** | When was the debt incurred? | | | |
| | **Suite 826** | | | | |
| | **Atlanta, GA 30303** | | | | |
| | Number Street City State Zip Code | | | | |

Who incurred the debt? Check one.                                      As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only                                          ☐ Contingent

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another               Type of PRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**       ☐ Domestic support obligations

**Is the claim subject to offset?**                      ☐ Taxes and certain other debts you owe the government

☑ No                                                     ☐ Claims for death or personal injury while you were intoxicated

☐ Yes                                                    ☑ Other. Specify  **Wages, salaries, and commissions**

                                                                         **For Notice Purposes Only**

Debtor 1  **Scott Loren Leventhal**                                    Case number (if known)  **21-55036**

---

| 2.2 | **Georgia Department of Revenue** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**1800 Century Boulevard NE**
**Suite 9100**
**Atlanta, GA 30345**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice Purposes Only**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**401 W. Peachtree St. NW**
**Stop 334-D**
**Atlanta, GA 30308**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice Purposes Only**

---

| 2.4 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**For Notice Purposes Only**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more

Debtor 1    **Scott Loren Leventhal**                                   Case number (if known)    **21-55036**

---

than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **AFF III Crescent LLC** | Last 4 digits of account number _____ | **$9,300,000.00** |

Nonpriority Creditor's Name
**2100 Powers Ferry Road SE
Suite 350
Atlanta, GA 30339**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantee**

---

| 4.2 | **American Express** | Last 4 digits of account number _____ | **$21,218.26** |

Nonpriority Creditor's Name
**P.O. Box 1270
Newark, NJ 07101-1270**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.3 | **American Express** | Last 4 digits of account number _____ | **$27,563.58** |

Nonpriority Creditor's Name
**P.O. Box 1270
Newark, NJ 07101-1270**
Number Street City State Zip Code

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

Debtor 1    **Scott Loren Leventhal**                                   Case number (if known)    **21-55036**

---

| 4.4 | **American Express** | | Last 4 digits of account number _____ | **$28,851.97** |

Nonpriority Creditor's Name

**P.O. Box 1270**
**Newark, NJ 07101-1270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.5 | **American Express** | | Last 4 digits of account number _____ | **$2,245.97** |

Nonpriority Creditor's Name

**P.O. Box 1270**
**Newark, NJ 07101-1270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.6 | **Angel Oak Commercial Bridge** | | Last 4 digits of account number _____ | **$4,445,722.00** |

Nonpriority Creditor's Name

**3344 Peachtree Road, NE**
**Suite 1725**
**Atlanta, GA 30326**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantee**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Scott Loren Leventhal**                                                    Case number (if known)    **21-55036**

---

| 4.7 | **Apple Mastercard** | Last 4 digits of account number | | | | | **$7,414.76** |

Nonpriority Creditor's Name

**Issued by Goldman Sachs Bank**   When was the debt incurred?
**P.O. Box 7247**
**Philadelphia, PA 19170**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Credit Card**

---

| 4.8 | **Bank of America Visa** | Last 4 digits of account number | | | | | **$8,907.86** |

Nonpriority Creditor's Name

**P.O. Box 15284**                       When was the debt incurred?
**Wilmington, DE 19850**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Credit Card**

---

| 4.9 | **Blue Horseshoe Investments LLC** | Last 4 digits of account number | | | | | **$823,031.55** |

Nonpriority Creditor's Name

**1360 Peachtree Street, NE**            When was the debt incurred?
**Suite 750**
**Atlanta, GA 30309**

Number Street City State Zip Code         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                          ☐ Contingent

☐ Debtor 2 only                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only             ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims

■ No                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                    ■ Other. Specify   **Unsecured Line of Credit**

---

| Debtor 1 | Scott Loren Leventhal | | Case number (if known) | 21-55036 |

---

**4.10**

**Briovarz**

Nonpriority Creditor's Name

**P.O Box 851380**
**Minneapolis, MN 55485-1380**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Medical**

$1,730.32

---

**4.11**

**Capital One Mastercard**

Nonpriority Creditor's Name

**P.O. Box 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

$0.00

---

**4.12**

**Capital One Neiman Marcus**

Nonpriority Creditor's Name

**P.O. Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

$114,314.18

---

Debtor 1    **Scott Loren Leventhal**

Case number (if known)    **21-55036**

---

| 4.1 3 | **CIM RE Lending Sub LLC** | Last 4 digits of account number _____ | **$69,500,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**17950 Preston Road**
**Suite 600**
**Dallas, TX 75252**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantee**

---

| 4.1 4 | **Citi Cards** | Last 4 digits of account number _____ | **$4,815.77** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 70166**
**Philadelphia, PA 19176**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.1 5 | **Comcast** | Last 4 digits of account number _____ | **$282.20** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 71211**
**Charlotte, NC 28272-1211**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utilities**

---

Debtor 1  **Scott Loren Leventhal**                                                                  Case number (if known)    **21-55036**

---

**4.1 6**  **Cumberland Creek Properties**                        Last 4 digits of account number _____                    **$620.00**
Nonpriority Creditor's Name
**1360 Peachtree Street, NE**                          When was the debt incurred?  _____
**Suite 750**
**Atlanta, GA 30309**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Loan**

---

**4.1 7**  **CW Loan LLC**                                        Last 4 digits of account number _____                    **$863,170.00**
Nonpriority Creditor's Name
**1029 Belleveue Drive**                               When was the debt incurred?  _____
**Atlanta, GA 30307**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                        ■ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
■ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Guarantee**

---

**4.1 8**  **Del Sol Development Company**                         Last 4 digits of account number _____                    **$16,809.00**
Nonpriority Creditor's Name
**1360 Peachtree Street, NE**                          When was the debt incurred?  _____
**Suite 750**
**Atlanta, GA 30309**
Number Street City State Zip Code                       **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                        ☐ Contingent
☐ Debtor 2 only                                        ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                           ☐ Disputed
☐ At least one of the debtors and another              **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**          ☐ Student loans
**debt**                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                       report as priority claims
■ No                                                   ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                  ■ Other. Specify   **Loan**

---

| Debtor 1 | Scott Loren Leventhal | Case number (if known) | 21-55036 |

---

**4.19**

**Dupree Kimbrough & Carl LLP**

Nonpriority Creditor's Name

**49 Green Street**
**Marietta, GA 30060**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number ____

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Legal Fees**

$19,017.25

---

**4.20**

**Fat Linny LLC**

Nonpriority Creditor's Name

**7934 Stratford Lane**
**Atlanta, GA 30350**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number ____

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Guarantee**

$305,488.00

---

**4.21**

**Fox Rothschild LLP**

Nonpriority Creditor's Name

**2000 Market Street 20nd Floor**
**Philadelphia, PA 03222**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

Last 4 digits of account number ____

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Legal Fees**

$123,859.29

---

Debtor 1    **Scott Loren Leventhal**                                    Case number (if known)    **21-55036**

---

**4.2 2**

**Georgia Power**
Nonpriority Creditor's Name
**96 Annex**
**Atlanta, GA 30396**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$100.96**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Utilities**

---

**4.2 3**

**Hays Financial Consulting LLC**
Nonpriority Creditor's Name
**2964 Peachtree Road NW**
**Suite 555**
**Atlanta, GA 30305**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$75,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Receiver Fees**

---

**4.2 4**

**HLB Gross Collins PC**
Nonpriority Creditor's Name
**3330 Cumberland Blvd**
**Suite 1000**
**Atlanta, GA 30339**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    **$2,000.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Accounting Fees**

---

Debtor 1   **Scott Loren Leventhal**

Case number (if known)   **21-55036**

---

| 4.2 5 | **Infinite Energy** | Last 4 digits of account number | $46.76 |

Nonpriority Creditor's Name

**PO Box #71247**
**Charlotte, NC 28272-1247**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Utilities**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 4.2 6 | **Interfinancial Properties Inc** | Last 4 digits of account number | $53,337.84 |

Nonpriority Creditor's Name

**1360 Peachtree Street, NE**
**Suite 750**
**Atlanta, GA 30309**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Loan**

Is the claim subject to offset?

☑ No
☐ Yes

---

| 4.2 7 | **Joseph Kavana** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name

**c/o K Group Holdings Inc**
**1601 Sawgrass Corp Pkwy, #140**
**Sunrise, FL 33323**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Is the claim subject to offset?

☑ No
☐ Yes

---

Debtor 1    **Scott Loren Leventhal**                                        Case number (if known)    **21-55036**

---

| 4.2 8 | **KGH International Development** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**c/o K Group Holdings Inc**
**1601 Sawgrass Corp Pkwy, #140**
**Sunrise, FL 33323**                                        When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                        **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                               ■ Unliquidated
☐ At least one of the debtors and another                  ■ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**
                                                            ☐ Student loans
Is the claim subject to offset?
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                        report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            ■ Other. Specify _____

---

| 4.2 9 | **Law Office of Henry Sewell Jr** | Last 4 digits of account number | **$25,000.00** |

Nonpriority Creditor's Name
**2964 Peachtree Road NW**
**Suite 555**
**Atlanta, GA 30305**                                       When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                          **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                               ■ Unliquidated
☐ At least one of the debtors and another                  ■ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**
                                                            ☐ Student loans
Is the claim subject to offset?
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                        report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            ■ Other. Specify    **Receiver Legal Fees**

---

| 4.3 0 | **Mercedes Benz Financial** | Last 4 digits of account number | **$57,000.00** |

Nonpriority Creditor's Name
**P.O. Box 685**
**Roanoke, TX 76262**                                       When was the debt incurred?
Number Street City State Zip Code

Who incurred the debt? Check one.                          **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                               ☐ Unliquidated
☐ At least one of the debtors and another                  ☐ Disputed
☐ **Check if this claim is for a community**               **Type of NONPRIORITY unsecured claim:**
**debt**
                                                            ☐ Student loans
Is the claim subject to offset?
                                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                        report as priority claims
☐ Yes                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                            ■ Other. Specify    **Lease**

---

Debtor 1   **Scott Loren Leventhal**                                          Case number (if known)   **21-55036**

---

**4.3
1**

**Northwestern Mutual**                        Last 4 digits of account number _____          **$3,240.84**
Nonpriority Creditor's Name
**PO Box 3009**                                When was the debt incurred? _____
**Milwaukee, WI 53201-3009**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community       ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                          ■ Other. Specify    **Insurance Premium**

---

**4.3
2**

**Peachtree Neurological Clinic**              Last 4 digits of account number _____          **$1,440.00**
Nonpriority Creditor's Name
**95 Collier Rd, NW**                           When was the debt incurred? _____
**Ste 4045**
**Atlanta, GA 30309-1749**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community       ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                          ■ Other. Specify    **Medical**

---

**4.3
3**

**Richard Bowers**                             Last 4 digits of account number _____          **$25,000.00**
Nonpriority Creditor's Name
**6 Ascot Manor NW**                            When was the debt incurred? _____
**Atlanta, GA 30327**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
■ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
■ Check if this claim is for a  community       ☐ Student loans
**debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**             report as priority claims
                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                          ■ Other. Specify    **Guarantee**

---

| Debtor 1 | **Scott Loren Leventhal** | Case number (if known) | **21-55036** |

---

**4.3 4**

| **Riverstone at Wildwood TH Assn** | Last 4 digits of account number | | $2,753.67 |
| Nonpriority Creditor's Name | | | |

**PO Box 65851**
**Phoenix, AZ 85082-5851**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **HOA Dues**

---

**4.3 5**

| **Ronald Leventhal** | Last 4 digits of account number | | $15,200.30 |
| Nonpriority Creditor's Name | | | |

**1360 Peachtree Street, NE**
**Suite 750**
**Atlanta, GA 30309**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Loans**

---

**4.3 6**

| **Schreeder Wheeler & Flint LLP** | Last 4 digits of account number | | $22,557.81 |
| Nonpriority Creditor's Name | | | |

**1100 Peachtree Street, NE**
**Suite 800**
**Atlanta, GA 30309**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

Debtor 1    **Scott Loren Leventhal**                                          Case number (if known)    **21-55036**

---

**4.3 7**

**State Farm Insurance**                                         Last 4 digits of account number ___ ___ ___ ___                    $391.43

Nonpriority Creditor's Name

**P.O. Box 588002**                                              When was the debt incurred? _____

**North Metro, GA 30029**

Number City State Zip Code                                       As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only                                                  ☐ Unliquidated

☐ Debtor 2 only                                                  ☐ Disputed

☐ Debtor 1 and Debtor 2 only                                     **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another                        ☐ Student loans

■ **Check if this claim is for a community**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                             report as priority claims

Is the claim subject to offset?                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                             ■ Other. Specify   **Insurance Premiums**

☐ Yes

---

**4.3 8**

**Taylor English**                                               Last 4 digits of account number ___ ___ ___ ___                  $20,500.00

Nonpriority Creditor's Name

**1600 Parkwood Circle**                                         When was the debt incurred? _____

**Suite 200**

**Atlanta, GA 30339**

Number Street City State Zip Code                                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only                                                  ☐ Unliquidated

☐ Debtor 2 only                                                  ☐ Disputed

☐ Debtor 1 and Debtor 2 only                                     **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another                        ☐ Student loans

■ **Check if this claim is for a community**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                             report as priority claims

Is the claim subject to offset?                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                             ■ Other. Specify   **Legal Fees**

☐ Yes

---

**4.3 9**

**Tivoli Communities Inc**                                       Last 4 digits of account number ___ ___ ___ ___                  $50,160.28

Nonpriority Creditor's Name

**1360 Peachtree Street, NE**                                    When was the debt incurred? _____

**Suite 750**

**Atlanta, GA 30309**

Number Street City State Zip Code                                As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only                                                  ☐ Unliquidated

☐ Debtor 2 only                                                  ☐ Disputed

☐ Debtor 1 and Debtor 2 only                                     **Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another                        ☐ Student loans

☐ **Check if this claim is for a community**                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                                             report as priority claims

Is the claim subject to offset?                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                                             ■ Other. Specify   **Loan**

☐ Yes

---

| Debtor 1 | Scott Loren Leventhal | Case number (if known) | 21-55036 |

---

**4.40**

**Tivoli Properties Inc**
Nonpriority Creditor's Name
**1360 Peachtree Street, NE**
**Suite 750**
**Atlanta, GA 30309**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$54,841.95**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Loan**

---

**4.41**

**Tommy Spinosa Jr**
Nonpriority Creditor's Name
**3235 Roswell Road, NE**
**Atlanta, GA 30305**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$75,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Guarantee**

---

**4.42**

**U.S. Securities & Exchange Com**
Nonpriority Creditor's Name
**Office of Reorganization**
**950 E. Paces Ferry Rd, Ste 900**
**Atlanta, GA 30326**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **For Notice Purposes Only**

---

Debtor 1    **Scott Loren Leventhal**                                    Case number (if known)    **21-55036**

| 4.4 3 | | | |
|---|---|---|---|

**United States Attorney**                                    **Last 4 digits of account number** _____                    **$0.00**

Nonpriority Creditor's Name
**600 Richard B. Russell Bldg.**                **When was the debt incurred?** _____
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**
Number Street City State Zip Code                **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                    ☐ Contingent

☐ Debtor 2 only                                    ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                        ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community            ☐ Student loans
debt**
                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                    report as priority claims

■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                            ■ Other. Specify    **For Notice Purposes Only** _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                    On which entry in Part 1 or Part 2 did you list the original creditor?
**Tivoli Investment Holdings**        Line **4.41** of (Check one):
**One Midtown Plaza, Suite 750**                            ☐ Part 1: Creditors with Priority Unsecured Claims
**1360 Peachtree Street, NE**
**Atlanta, GA 30309**                                        ■ Part 2: Creditors with Nonpriority Unsecured Claims

                                    Last 4 digits of account number _____

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 86,098,633.80 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 86,098,633.80 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 21-55036 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Mercedes Benz Financial Serv.**<br>**2799 Piedmont Road**<br>**Atlanta, GA 30305** | **Automobile Lease** |
| 2.2 **Various Operating Agreements**<br>**and Shareholder Agreements** | **Various Operating Agreements and Shareholder Agreements** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | 21-55036 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 **1122 Crescent Land Holdings** One Midtown Plaza, Suite 750 1360 Peachtree Street, NE Atlanta, GA 30309 | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.1** ☐ Schedule G _____ **AFF III Crescent LLC** |
| 3.2 **1122 Crescent Land Holdings** One Midtown Plaza, Suite 750 1360 Peachtree Street, NE Atlanta, GA 30309 | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.6** ☐ Schedule G _____ **Angel Oak Commercial Bridge** |
| 3.3 **BHI 1138 Peachtree LLC** One Midtown Plaza, Suite 750 1360 Peachtree Street, NE Atlanta, GA 30309 | ☐ Schedule D, line _____ ■ Schedule E/F, line **4.20** ☐ Schedule G _____ **Fat Linny LLC** |

Debtor 1  **Scott Loren Leventhal**                                    Case number *(if known)*  **21-55036**

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **BHI 1138 Peachtree LLC**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.17____<br>☐ Schedule G _____<br>**CW Loan LLC** |
| 3.5 | **Joseph Kavana**<br>**c/o K Group Holdings Inc**<br>**1601 Sawgrass Corp Pkwy, #140**<br>**Sunrise, FL 33323** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.13____<br>☐ Schedule G _____<br>**CIM RE Lending Sub LLC** |
| 3.6 | **Joseph Kavana**<br>**c/o K Group Holdings Inc**<br>**1601 Sawgrass Corp Pkwy, #140**<br>**Sunrise, FL 33323** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.6____<br>☐ Schedule G _____<br>**Angel Oak Commercial Bridge** |
| 3.7 | **Tivoli Investment Holdings**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.33____<br>☐ Schedule G _____<br>**Richard Bowers** |
| 3.8 | **TPKG 13th Street Development**<br>**One Midtown Plaza, Suite 750**<br>**1360 Peachtree Street, NE**<br>**Atlanta, GA 30309** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ____4.13____<br>☐ Schedule G _____<br>**CIM RE Lending Sub LLC** |

| Fill in this information to identify your case: |  |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | **21-55036** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

<u>Official Form 106I</u>

# Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:      Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Real Estate Development** | |
| | Employer's name | **The Trillist Companies** | |
| | Employer's address | **One Midtown Plaza, Suite 750<br>1360 Peachtree Street, NE<br>Atlanta, GA 30309** | |
| | How long employed there? | **7 Years** | |

## Part 2:      Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **16,000.00** | $ **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ **0.00** | +$ **N/A** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ **16,000.00** | $ **N/A** |

Debtor 1  **Scott Loren Leventhal**                                    Case number (*if known*)  **21-55036**

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **16,000.00** | $ **N/A** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ **6,150.00** | $ **N/A** |
| | 5b.  **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c.  **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d.  **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e.  **Insurance** | 5e. | $ **230.74** | $ **N/A** |
| | 5f.  **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g.  **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| | 5h.  **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |
| **6.** | **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **6,380.74** | $ **N/A** |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ **9,619.26** | $ **N/A** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a.  **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b.  **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| | 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d.  **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e.  **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f.  **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ **0.00** | $ **N/A** |
| | 8g.  **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h.  **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **N/A** |
| **9.** | **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |

10. **Calculate monthly income.**  Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
  10.  $ **9,619.26** + $ **N/A** = $ **9,619.26**

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:
  11.  +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
  12.  $ **9,619.26**
  **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Current Income From Trillist Companies Due to Expire at the End of August, 2021**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (If known) | **21-55036** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

   　☐ No
   　☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ■ No

   Do not list Debtor 1 and Debtor 2.     ☐ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ■ No     ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | Your expenses |
|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | **If not included in line 4:** | | |
| | 4a.　Real estate taxes | 4a. $ | 368.86 |
| | 4b.　Property, homeowner's, or renter's insurance | 4b. $ | 154.91 |
| | 4c.　Home maintenance, repair, and upkeep expenses | 4c. $ | 480.00 |
| | 4d.　Homeowner's association or condominium dues | 4d. $ | 175.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Scott Loren Leventhal**                                        Case number (if known)    **21-55036**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a.    Electricity, heat, natural gas | | 6a.    $ | **175.00** |
| | 6b.    Water, sewer, garbage collection | | 6b.    $ | **0.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | | 6c.    $ | **280.00** |
| | 6d.    Other. Specify: | | 6d.    $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7.    $ | **1,953.00** |
| 8. | **Childcare and children's education costs** | | 8.    $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9.    $ | **150.00** |
| 10. | **Personal care products and services** | | 10.    $ | **250.00** |
| 11. | **Medical and dental expenses** | | 11.    $ | **625.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | |
| | Do not include car payments. | | 12.    $ | **550.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13.    $ | **775.00** |
| 14. | **Charitable contributions and religious donations** | | 14.    $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.    Life insurance | | 15a.    $ | **450.00** |
| | 15b.    Health insurance | | 15b.    $ | **0.00** |
| | 15c.    Vehicle insurance | | 15c.    $ | **172.00** |
| | 15d.    Other insurance. Specify:    **Personal Articles and GL Umbrella** | | 15d.    $ | **85.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16.    $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a.    Car payments for Vehicle 1 | | 17a.    $ | **2,305.48** |
| | 17b.    Car payments for Vehicle 2 | | 17b.    $ | **0.00** |
| | 17c.    Other. Specify: | | 17c.    $ | **0.00** |
| | 17d.    Other. Specify: | | 17d.    $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18.    $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a.    Mortgages on other property | | 20a.    $ | **0.00** |
| | 20b.    Real estate taxes | | 20b.    $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | | 20c.    $ | **0.00** |
| | 20d.    Maintenance, repair, and upkeep expenses | | 20d.    $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | | 20e.    $ | **0.00** |
| 21. | **Other:** Specify:    **Clothing** | | 21.    +$ | **500.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **9,449.25** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **9,449.25** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.    $ | **9,619.26** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.   -$ | **9,449.25** |
| | 23c.  Subtract your monthly expenses from your monthly income.  The result is your *monthly net income.* | 23c.    $ | **170.01** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.        Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **21-55036** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets | |
|---|---|---|

| | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $            452,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $            134,198.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $            586,198.00 |

| Part 2: | Summarize Your Liabilities | |
|---|---|---|

| | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          2,833,948.52 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $                  0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $         86,098,633.80 |
| | **Your total liabilities** | $         88,932,582.32 |

| Part 3: | Summarize Your Income and Expenses | |
|---|---|---|

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................... | $              9,619.26 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................................... | $              9,449.25 |

| Part 4: | Answer These Questions for Administrative and Statistical Records | |
|---|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   <u>Scott Loren Leventhal</u>                                    Case number *(if known)*  **21-55036**

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                       $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Scott Loren Leventhal** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number | **21-55036** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X  **/s/ Scott Loren Leventhal** | X |
|---|---|
| **Scott Loren Leventhal** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

Date  **July 28, 2021**                     Date

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Scott Loren Leventhal**

_____

Debtor(s)

Case No.    **21-55036**

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept as a retainer .......................................    $    **48,411.50**

    Prior to the filing of this statement I have received as a retainer .......................    $    **48,411.50**

    Balance Due ..................................................................................................................    $    **0.00**

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):    **Dorothy Leventhal**

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Allowed fees and expenses which exceed the
    retainer**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**7/28/21**

_____

_Date_

**/s/ J. Robert Williamson**

**J ROBERT WILLIAMSON 765214**

_Signature of Attorney_

**Scroggins & Williamson, P.C.**
**4401 Northside Parkway**
**Suite 450**
**Atlanta, GA 30327**
**404-893-3880  Fax: 404-893-3886**
**centralstation@swlawfirm.com**

_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Scott Loren Leventhal**                                    Case No.    **21-55036**
                                        Debtor(s)              Chapter    **11**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, ____, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☑    Other

Pay Stubs From My Employer Are Attached


Date    **7/23/2021**                        Signature    **/s/ Scott Loren Leventhal**
                                                    **Scott Loren Leventhal**
                                                    Debtor



**Earnings Statement**

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RE / 5J7 21914057 | 01/05 | 6382287 | 1 of 1 |

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

Period Starting:     06/01/2021
Period Ending:     06/15/2021
Pay Date:     06/15/2021

Taxable Marital Status:     Single
Exemptions/Allowances:     Tax Override:
 Federal:     0     Federal:
 State:     0     State:
 Local:     0     Local:
Social Security Number:     XXX-XX-XXXX

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6250.00 | 81666.66 |
| **Gross Pay** | | | **$6,250.00** | $81,666.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1183.69 | 18619.22 |
| Social Security | -380.35 | 4995.46 |
| Medicare | -88.95 | 1168.29 |
| Georgia State Income | -334.53 | 4450.80 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Insurance - Medical | -104.39 | 983.21 |
| *Insurance - Dental | -9.28 | 94.30 |
| *Insurance - Vision | -1.70 | 17.24 |
| **Net Pay** | **$4,147.11** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 30.00 |
| - Accrued Hours | 4.62 | 71.58 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 71.58 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2447 | XXXXXXXXX | 4147.11 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $6,134.63
* Excluded from Federal taxable wages

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

**Pay Date:**     06/15/2021

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2447 | XXXXXXXXX | 4147.11 |

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339

TIV-60412.1
1002-0014



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RE / 5J7 21914057 | 01/05 | 6338712 | 1 of 1 |

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

## Earnings Statement

Period Starting:    05/16/2021
Period Ending:     05/31/2021
Pay Date:           05/28/2021

Taxable Marital Status:    Single
Exemptions/Allowances:                Tax Override:
 Federal:    0                         Federal:
 State:     0                          State:
 Local:     0                          Local:
Social Security Number:    XXX-XX-XXXX

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 6250.00 | 75416.66 |
| **Gross Pay** | | | **$6,250.00** | $75,416.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1183.69 | 17435.53 |
| Social Security | -380.35 | 4615.11 |
| Medicare | -88.95 | 1079.34 |
| Georgia State Income | -334.53 | 4116.27 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Insurance - Medical | -104.39 | 878.82 |
| *Insurance - Dental | -9.28 | 85.02 |
| *Insurance - Vision | -1.70 | 15.54 |
| **Net Pay** | **$4,147.11** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 30.00 |
| - Accrued Hours | 4.62 | 66.96 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 66.96 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2447 | XXXXXXXXX | 4147.11 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $6,134.63
* Excluded from Federal taxable wages

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

**Pay Date:**            05/28/2021

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2447 | XXXXXXXXX | 4147.11 |

THIS IS NOT A CHECK

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339

TIV-60412.1
1002-0014

| Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| RE / 5J7 21914057 | 01/05 | 6297598 | 1 of 1 | | |

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309



Period Starting:    05/01/2021
Period Ending:    05/15/2021
Pay Date:    05/14/2021

| Taxable Marital Status: | Single | |
|---|---|---|
| Exemptions/Allowances: | | Tax Override: |
| Federal: | 0 | Federal: |
| State: | 0 | State: |
| Local: | 0 | Local: |
| Social Security Number: | XXX-XX-XXXX | |

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 9250.00 | 69166.66 |
| **Gross Pay** | | | **$9,250.00** | $69,166.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -2078.86 | 16251.84 |
| Social Security | -566.34 | 4234.76 |
| Medicare | -132.45 | 990.39 |
| Georgia State Income | -507.03 | 3781.74 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Insurance - Medical | -104.39 | 774.43 |
| *Insurance - Dental | -9.28 | 75.74 |
| *Insurance - Vision | -1.70 | 13.84 |
| **Net Pay** | **$5,849.95** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 30.00 |
| - Accrued Hours | 4.62 | 62.34 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 62.34 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2447 | XXXXXXXXX | 5849.95 |

**Important Notes**

Basis of pay: Salaried

Your federal taxable wages this period are  $9,134.63
* Excluded from Federal taxable wages

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

**Pay Date:**    05/14/2021

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2447 | XXXXXXXXX | 5849.95 |

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339



| Company Code | Loc/Dept | Number | Page | **Earnings Statement** |
|---|---|---|---|---|
| RE / 5J7 21914057 | 01/05 | 6259378 | 1 of 1 | |

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

| | |
|---|---|
| Period Starting: | 04/16/2021 |
| Period Ending: | 04/30/2021 |
| Pay Date: | 04/30/2021 |

| | | | |
|---|---|---|---|
| Taxable Marital Status: | Single | | |
| Exemptions/Allowances: | | Tax Override: | |
| Federal: | 0 | Federal: | |
| State: | 0 | State: | |
| Local: | 0 | Local: | |
| Social Security Number: | XXX-XX-XXXX | | |

**Scott L Leventhal**
**5887 Riverstone Circle**
**Atlanta, GA 30339**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 8750.00 | 59916.66 |
| **Gross Pay** | | | **$8,750.00** | $59,916.66 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -1911.54 | 14172.98 |
| Social Security | -535.35 | 3668.42 |
| Medicare | -125.21 | 857.94 |
| Georgia State Income | -478.28 | 3274.71 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *Insurance - Medical | -104.39 | 670.04 |
| *Insurance - Dental | -9.82 | 66.46 |
| *Insurance - Vision | -1.70 | 12.14 |
| **Net Pay** | **$5,584.25** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 30.00 |
| - Accrued Hours | 4.62 | 57.72 |
| - Taken Hours | 0.00 | 0.00 |
| - Balance | | 57.72 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2447 | XXXXXXXXX | 5584.25 |

Your federal taxable wages this period are  $8,634.63
* Excluded from Federal taxable wages

Trillist Companies Inc
1360 Peachtree St NE Ste 750
Atlanta, GA 30309

**Pay Date:**          04/30/2021

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2447 | XXXXXXXXX | 5584.25 |

Scott L Leventhal
5887 Riverstone Circle
Atlanta, GA 30339