# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| SCOTT LOREN LEVENTHAL, ) | |
| ) | CASE NO. 21-55036-pwb |
| Debtor. ) | |

## STERLING PARTIES' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM

Comes now David and Mona Sterling (the "Sterling Parties"), seeking entry of an order authorizing representatives of the Sterling Parties (specifically Danielle Marlow, Esq.) to bring electronic equipment, such as laptop computers, tablets, and cell phones, into the courtroom for use during hearings in these chapter 11 cases before Judge Paul W. Bonapfel.  The Sterling Parties request that this authorization begin on Thursday, January 26, 2023 at 10:00 a.m. and continue until completion of these Chapter 11 cases. A proposed order is attached hereto as Exhibit A.

WHEREFORE, the Sterling Parties respectfully request entry of the proposed order, substantially in the form attached hereto as Exhibit A, (a) granting the relief requested herein, and (b) granting such other relief as is just and proper..

Dated:  January 24, 2023

/s/ Michael J. Bargar
Michael J. Bargar
Georgia Bar No. 645709
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Ste. 350
Atlanta, GA 30329
404-410-1220
mbargar@rlkglaw.com

3186193v1

<div style="margin-left: 40%;">

/s/ Danielle J. Marlow
Danielle J. Marlow
Admitted *Pro Hac Vice*
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, New York 11791
Telephone: 516.873.2000
Fax: 516.873.2010
dmarlow@moritthock.com
*Attorneys for David Sterling and Mona Gora Sterling*

</div>

3186193v1

# EXHIBIT A

3186193v1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 11** |
| **SCOTT LOREN LEVENTHAL,** ) | |
| ) | **CASE NO. 21-55036-pwb** |
| **Debtor.** ) | |

**ORDER FOR USE OF ELECTRONIC EQUIPMENT**

Upon the motion (the "Motion") of David and Mona Sterling (the "Sterling Parties"), it is hereby ORDERED that representatives of the Sterling Parties (specifically Danielle Marlow, Esq.) may bring and use laptop computers, tablets, and cell phones in conjunction with the hearings in these chapter 11 cases before Judge Paul W. Bonapfel beginning on Thursday, January 26, 2023 at 10:00 a.m. and continuing until these Chapter 11 cases have concluded. Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station at the courthouse.

END OF DOCUMENT

Prepared and presented by:

/s/ Michael J. Bargar
Michael J. Bargar
Georgia Bar No. 645709
Rountree Leitman Klein & Geer LLC
Century Plaza I
2987 Clairmont Road, Ste. 350
Atlanta, GA 30329
404-410-1220
mbargar@rlkglaw.com

3186193v1

/s/ Danielle J. Marlow
Danielle J. Marlow
Admitted *Pro Hac Vice*
MORITT HOCK & HAMROFF, LLP
400 Garden City Plaza
Garden City, New York 11791
Telephone: 516.873.2000
Fax: 516.873.2010
dmarlow@moritthock.com
*Attorneys for David Sterling and Mona Gora Sterling*

3186193v1

**CERTIFICATE OF SERVICE**

      This is to certify that I, Michael J. Bargar, am over the age of 18 and that I have this day served a true and correct copy of the foregoing *STERLING PARTIES' MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM* by first class United States mail, postage pre-paid to assured delivery to the following persons or entities at the addresses stated:

J. Hayden Kepner, Jr.
Scroggins & Williamson P.C.
4401 Northside Parkway, Ste 450
Atlanta, GA 30327

J. Robert Williamson
Scroggins & Williamson P.C.
4401 Northside Parkway, Ste 450
Atlanta, GA 30327

Todd Eugene Hennings
Chapter 11 Subchapter V Trustee
Macey, Wilensky & Hennings, LLP
5500 Interstate North Parkway, Suite 435
Sandy Springs, GA 30328

Martin P. Ochs
Office of the U. S. Trustee
362 Richard Russell Federal Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

John A. Thomson, Jr.
Adams and Reese, LLP, Suite 1600
3424 Peachtree Road, NE
Atlanta, GA 30326

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363

Danielle J. Marlow
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530

3186193v1

Dated: January 24, 2023.

                                             */s/ Michael J. Bargar*
                                             Michael J. Bargar
                                             Georgia Bar No. 645709