UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| Scott Loren Leventhal, | ) | CASE NO. 21-55036-PWB |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

**UNITED STATES TRUSTEE'S RESPONSE TO
DEBTOR'S APPLICATION FOR FINAL DECREE**

On April 25, 2023, the debtor filed an application for final decree. (Dkt. No. 401) The United States Trustee does not oppose entry of a final decree. Fed. R. Bankr. P. 3022.

United States Trustee, Region 21

*s/*
Martin P. Ochs
Trial Attorney
Georgia Bar No. 091608
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive SW
Atlanta, Georgia 30303
(404) 331-4509
martin.p.ochs@usdoj.gov

1