UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: | Case No. 21-55036

SCOTT LOREN LEVENTHAL |

Debtor

---

Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Todd E. Hennings, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds awarded as fee totaling: $265,974.90. A plan was confirmed on 02/21/2023. No plan payments were made to the trustee. According to the debtor, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on 04/20/2023 the Court ordered compensation of $265,974.90 be awarded to the trustee. These funds have been paid by the debtor to the trustee. Trustee received payments on 04/24/2023. I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.


Date: 12/11/2023          By: /s/Todd E. Hennings
                                Trustee


STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR D